```
DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar # 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS MICHAEL MCMILLAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>THOMAS MICHAEL MCMILLAN,<br><br>            Defendant. | No. CR-S-08-505 LKK<br><br>ORDER AFTER HEARING<br><br>Judge: Hon. Lawrence K. Karlton |

This matter came before the Court for Status Conference on December 8, 2008, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Daniel McConkie. Defendant Thomas Michael McMillan, who was present and in custody, was represented by Assistant Federal Defender Lauren Cusick appearing for Assistant Federal Defender, Benjamin Galloway.

Defense counsel requested that the matter be set for further status conference on January 13, 2009 at 9:15 a.m..

The parties agreed on the need for additional time to allow time

1 | for defense preparation.
2 |     IT IS HEREBY ORDERED that this matter be set for further Status
3 | Conference on January 13, 2009 at 9:15 a.m..
4 |      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
5 | (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
6 | from December 8, 2008 to and including January 13, 2009 is excluded
7 | from the time computations required by the Speedy Trial Act due to
8 | ongoing preparation of counsel.
9 | DATED: January 8, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2